# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JARED EBBIGHAUSEN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>T&B, INC. d/b/a Papa Murphy's Pizza, a Washington corporation,<br><br>  Defendant. | No.<br><br>NOTICE OF REMOVAL |

TO: Jared Ebbighausen and his counsel of record

AND TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Defendant T&B, Inc., d/b/a Papa Murphy's Pizza ("T&B, Inc.), hereby gives notice of its removal of this civil action, titled *Jared Ebbighausen v. T&B, Inc., d/b/a Papa Murphy's Pizza,* from the King County Superior Court to the United States District Court for the Western District of Washington (at Seattle). The grounds for removal are as follows:

NOTICE OF REMOVAL - 1

1.      On October 5, 2022, T&B, Inc. was served with the summons and complaint in this case. Declaration of Debbie Brewer ("Brewer Decl."), ¶ 5.

2.      T&B, Inc. is filing this Notice of Removal of Civil Action within thirty (30) days of its receipt of the initial pleadings setting forth the claims for relief upon which the action is based. Therefore, this Notice of Removal of Civil Action is timely pursuant to 28 U.S.C. § 1441(d).

3.      Plaintiff commenced the action against T&B, Inc. by service of process pursuant to Washington Civil Rules 3 and 4. *See* Wash. Civil Rule 3 ("A civil action is commenced by service of a copy of a summons together with a copy of a complaint, as provided in rule 4 or by filing a complaint.").

4.      Pursuant to Western District of Washington Local Rule 101(b), attached as Exhibit B to the Declaration of Debbie Brewer is a true and correct copy of the Summons and Complaint which were served on T&B, Inc.

5.      In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal of Civil Action will be served on the Plaintiff, and a copy of this Notice of Removal of Civil Action is being filed with the Clerk of the Superior Court for the State of Washington for King County. The proof of service of this Notice of Removal of Civil Action will be filed with this Court.

6.      This Court has original jurisdiction of this action under 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because (1) it is a civil action between citizens of different states and (2) the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**DIVERSITY OF CITIZENSHIP**

7.      Upon information and belief, Plaintiff Jared Ebbighausen ("Plaintiff") is currently residing in the state of Texas. Brewer Decl., ¶ 4. According to Plaintiff's LinkedIn, since July 2022 to present, he is a restaurant manager at Pilot Flying J in Dallas-Fort Worth Metroplex. *Id.* A copy of Mr. Ebbighausen's LinkedIn profile is attached as Exhibit A to the Declaration of Debbie Brewer.

NOTICE OF REMOVAL - 2

8.   T&B, Inc. is a Washington corporation with its headquarters and principal place of business in Washington. Brewer Decl., ¶ 3.

9.   Thus, pursuant to 28 U.S.C. § 1332(c), T&B, Inc. is a citizen of Washington.

10.  There is diversity of citizenship between Plaintiff, a Texas resident and citizen, and T&B, Inc., a citizen of Washington.

## AMOUNT IN CONTROVERSY

11.  Although the Complaint does not precisely specify a dollar amount of damages being sought by Plaintiff, T&B, Inc. is informed and believes in good faith that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

12.  Plaintiff alleges he worked over 40 hours per workweek without receiving overtime compensation as required by RCW 49.46 *et seq.* Complaint, ¶¶ 3.2, 9.2 and 9.3. Plaintiff further alleges that Defendant failed to provide the proper meal and rest breaks as required by law. Complaint ¶¶ 8.2, 8.5, and 8.6. Plaintiff brings five claims for relief: (1) declaratory judgment; (2) failure to pay wages for all hours worked; (3) willful withholding of wages, including for double damages plus attorneys' fees and costs; (4) failure to provide proper rest and meal periods; and (5) failure to pay overtime wages. Complaint ¶¶ 6.1-9.5. Plaintiff also seeks double damages and prejudgment interest. Defendant denies these allegations.

13.  Based on the claims in Plaintiff's complaint, the matter in controversy exceeds $75,000.

## CONCLUSION

14.  The parties are diverse under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, and the amount in controversy exceeds $75,000. Accordingly, pursuant to 28 U.S.C. § 1446(a), T&B, Inc. may remove this action to this Court.

15.  T&B, Inc. does not waive any defense to the Complaint, including but not limited to lack of service, improper service, lack of standing, or lack of personal jurisdiction.

NOTICE OF REMOVAL - 3

1
2
3        DATED:  November 3, 2022.
4                                            STOEL RIVES LLP
5
6                                            James M. Shore, WSBA No. 941425
                                             jim.shore@stoel.com
7                                            Christopher T. Wall, WSBA No. 45873
                                             christopher.wall@stoel.com
8                                            Jacqueline Middleton, WSBA No. 52636
                                             jacqueline.middleton@stoel.com
9
10                                           Attorneys for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF REMOVAL - 4

**CERTIFICATE OF SERVICE**

I, Brie Carranza, certify that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

I hereby certify that a copy of the foregoing document was served on the following individuals on the date indicated below via the method indicated:

| | |
|---|---|
| Vera P. Fomina, WSBA #49388<br>Gregory M. Skidmore, WSBA #47462<br>Skidmore Fomina PLLC<br>1800 112th Avenue NE<br>Suite 270E<br>Bellevue, WA 98006<br>Phone:   425-519-3656<br>Email:   vfomina@skidmorefomina.com<br>            gskidmore@skidmorefomina.com<br><br>*Counsel for Plaintiff* | ■ Electronic service via the Court's efiling application<br>■ Email/PDF<br>☐ Hand delivery via legal messenger<br>☐ Mailing with postage prepaid |
| James B. Pizl, WSBA #28969<br>Ari Robbins Greene, WSBA #54201<br>Entente Law PLLC<br>315 Thirty-Ninth Avenue SW, Suite 14<br>Puyallup, WA 98373<br>Phone:   253-446-7668<br>Email:   jim@ententelaw.com<br>            ari@ententelaw.com<br><br>*Counsel for Plaintiff* | ■ Electronic service via the Court's efiling application<br>■ Email/PDF<br>☐ Hand delivery via legal messenger<br>☐ Mailing with postage prepaid |

DATED: November 3, 2022.

*s/ Brie Carranza*
Brie Carranza, Legal Practice Assistant

NOTICE OF REMOVAL - 5