Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED EBBIGHAUSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T&B, INC. d/b/a Papa Murphy's Pizza, a Washington corporation,<br><br>Defendant. | No. 2:22-cv-01568 RSM<br><br>STIPULATED JOINT MOTION AND ORDER FOR REMAND<br><br><u>Note on Motion Calendar</u>:<br>November 17, 2022 |

Pursuant to 28 U.S. §1447(c) and LCR 7(d)(1), the Plaintiff and Defendant jointly move the Court to remand this matter back to King County Superior Court No. 22-2-15167-6 SEA. The parties agree that remand of Case No. 2:22-cv-01568 RSM shall be without any award of costs and fees to any party.

STIPULATED TO This 17th day of November, 2022.

STIPULATED JOINT MOTION AND ORDER
FOR REMAND – Cause No. 2:22-cv-01568 - 1

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

117410978.1 0076931-00003

| | |
|---|---|
| 1  STOEL RIVES LLP | ENTENTE LAW PLLC |
| 2 | |
| 3 | |
|    James M. Shore, WSBA No. 941425 | James B. Pizl, WSBA #28969 |
| 4  600 University Street, Suite 3600 | Ari Robbins Greene, WSBA #54201 |
|    Seattle, WA  98101 | 315 Thirty-Ninth Avenue SW, Suite 14 |
| 5  Telephone:  (206) 624-0900 | Puyallup, WA  98373 |
|    Fax:  (206) 386-7500 | Phone:       253-446-7668 |
| 6  Email:  jim.shore@stoel.com | Email:        jim@ententelaw.com |
| 7 |                      ari@ententelaw.com |
|       *Attorneys for Defendant* | |
| 8 |        *Attorneys for Plaintiff* |
| 9 | |
|    | SKIDMORE FOMINA PLLC |
| 10 | |
| 11 | |
| 12 |    Vera P. Fomina, WSBA #49388 |
|    | Gregory M. Skidmore, WSBA #47462 |
| 13 | 1800 112th Avenue NE |
|    | Suite 270E |
| 14 | Bellevue, WA  98006 |
| 15 | Phone:       425-519-3656 |
|    | Email:        vfomina@skidmorefomina.com |
| 16 |                      gskidmore@skidmorefomina.com |
| 17 |        *Attorneys for Plaintiff* |

STIPULATED JOINT MOTION AND ORDER
FOR REMAND – Cause No. 2:22-cv-01568 - 2

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

117410978.1 0076931-00003

**ORDER**

The Court having fully reviewed the parties' joint motion to remand hereby GRANTS the motion and ORDERS that this case be remanded back to Superior Court.

IT IS SO ORDERED this 18th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED JOINT MOTION AND ORDER
FOR REMAND – Cause No. 2:22-cv-01568 - 3

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

117410978.1 0076931-00003